**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

Docket Number(s): 24-1941              Caption [use short title]

Motion for: one week extension to file reply brief

Bahl v. NYIT

Set forth below precise, complete statement of relief sought:

Plaintiff-Appellant requests an additional week

to file reply brief.

MOVING PARTY: Ajay Bahl          OPPOSING PARTY: NYIT

☐ Plaintiff      ☐ Defendant

☒ Appellant/Petitioner      ☐ Appellee/Respondent

MOVING ATTORNEY: Stephen Bergstein        OPPOSING ATTORNEY: Stefanie Toren

[name of attorney, with firm, address, phone number and e-mail]

Bergstein & Ullrich, 5 Paradies Lane, New Paltz, NY     Clifton Budd & DeMaria, LLP 350 5th Avenue, Suite 420 New York, NY 10118 (212) 687-7410

Court- Judge/ Agency appealed from: EDNY

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date: _____

**Signature of Moving Attorney:**

/s/ Stephen Bergstein    Date: April 25, 2025    Service : ☒ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

United States Court of Appeals
for the Second Circuit
-------------------------------------------------------X
Ajay Bahl,

                 Plaintiff-Appellant,

-vs-                                     Dkt Nos. 24-1941, 24-2455

New York Institute of Technology,

                 Defendant-Appellee.
-------------------------------------------------------X

**Affirmation in Support of Motion for**
**Enlargement of Time to Perfect Appeal**

Stephen Bergstein, Esq., having been duly sworn, deposes and states:

1. I am counsel for Plaintiff-Appellant. I am submitting this affirmation in support of Appellant's motion for an enlargement of time to file the reply brief. The current deadline is April 28, 2025.

2. Although this Court has already granted a two-week extension, I am requesting a one-week enlargement of time for the following reasons:

3. Plaintiff has been working with me in drafting the reply brief. Last week, as we planned to finalize the brief, Plaintiff advises that he became quite sick. He was unable to assist in completing the brief. I believe an additional week will allow Plaintiff to meaningfully contribute to the reply brief.

Dated: April 25, 2025.

/s/ Stephen Bergstein
Stephen Bergstein
